UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____

20-CR-199 (KMW)

-against-

**ORDER**

ABREU GIL., et al,

                      Defendants.
-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for Wednesday, March 25, 2020, is adjourned to Wednesday, April 29, 2020, at 11:00 a.m. Pursuant to Standing Order 20-MISC-154, the running of speedy-trial time is suspended.

SO ORDERED.

Dated: New York, New York
       March 23, 2020

                                               /s/ Kimba M. Wood /
                                             KIMBA M. WOOD
                                     United States District Judge