UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA          :

        -v-                              :          ORDER

ABREU GIL, et al,                 :          20 CR 199 (KMW)

        Defendants.                       :

-----------------------------------------------------------X

KIMBA M. WOOD, District Judge:

    The parties are directed to appear on December 3, 2020, at 11:00 a.m.

    The Government has requested that a pretrial conference be scheduled for December 3, 2020, a date when all counsel are available.

    The Court excludes the time from today until December 3, 2020, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to continue producing and reviewing discovery, and because it will permit continuity of counsel.

Dated: New York, New York
       October 27, 2020

                                          KIMBA M. WOOD
                                   UNITED STATES DISTRICT JUDGE