LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/20
```

November 13, 2020

**BY ECF**
The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Abreu Gil et al; 20 Cr. 199 (KMW)

Dear Judge Wood:

I represent Nelson Diaz (Abdul Alamin) in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on February 14, 2020. I write, without objection from the Government, and at the encouragement of Pretrial Services, to respectfully request a slight modification of Mr. Alamin's bail conditions. Specifically, we request that Mr. Alamin be permitted to travel outside the one-mile radius of his residence, for medical appointments, with the approval of Pretrial Services.

As the Court is aware, Mr. Alamin suffers from a variety of medical conditions. He has several medical appointments scheduled each month. Some of the appointments are outside the one-mile radius and are scheduled with limited notice. The proposed modification would allow for Pretrial Services to supervise Mr. Alamin more efficiently.

Accordingly, we respectfully request that the Court modify Mr. Alamin's bail conditions, allowing him to travel outside the one-mile radius of his residence, for medical appointments, with the approval of Pretrial Services.

Granted
KMW

Thank you for your consideration.

Respectfully submitted,

/s/
Anthony Cecutti

SO ORDERED: N.Y., N.Y. 11/16/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.