UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JORGELINA ABREU GIL, et al,

                         Defendants.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Thursday, December 3, 2020, at **9:00 a.m.**

    To join the telephone conference, the parties should dial 888-363-4749, and enter access code 1613818.

    All parties shall mute their telephones unless speaking on the record. The Court will provide the parties with a second call-in number for those defendant's requiring an interpreter.

    SO ORDERED.

Dated: New York, New York
        November 24, 2020

                                              _____
                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE