# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21

April 20, 2021

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
-*Via ECF*-

**MEMO ENDORSED**

Re:   USA v. Jorgelina Abreu-Gil
      20 Cr. 199 (KMW)

Dear Judge Wood,

Our office represents Ms. Jorgelina Abreu-Gil in the above referenced matter.

On February 14, 2020, Ms. Jorgelina Abreu-Gil was released on a $500,000.00 Personal Recognizance Bond, with signatures by two (2) Financially Responsible Persons.

As part of her Conditions of Release, Ms. Abreu-Gil was placed under home detention with an electronic monitor.

We respectfully request an amendment to the Conditions of Release allowing the removal of the Electronic Monitor component and allowing the Government to hold Ms. Jorgelina Abreu-Gil's children's passports.

Granted
KMW

U.S. Pretrial Services Officer Leo Barrios has no objection to this request and reports that Ms. Abreu-Gil remains in full compliance of all regulations. The Government, by way of A.U.S.A. Kedar Bhatia, does not oppose this request.

Thank you for your consideration.

Respectfully submitted,
/S/*Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates

SO ORDERED: N.Y., N.Y.  4/22/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.

Cc: A.U.S.A. Kedar Bhatia, Esq. U.S. Pretrial Services Office