UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21

    -against-

**ORDER**
20 CR 199 (KMW)

ABREU GIL, et al,

                  Defendants.
-----------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

    The Court will hold a telephone conference in the above-captioned case on Monday, April 26, 2021, at 11:00 a.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818. A separate teleconference line will be provided, by the Government, for the defendants and an interpreter.

    SO ORDERED.

Dated: New York, New York
       April 22, 2021

                                                   /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE