UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21
```

-against-

**ORDER**
20 CR 199 (KMW)

JORGELINA ABREU GIL, et al,

Defendants.
------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

A teleconference in the above-captioned case is scheduled for Monday, April 26, 2021, at 11:00 a.m.

Counsel for the defendants shall review, with their clients, the right to be present in person and be prepared to state on the record whether each defendant consents to appearing by teleconference.

SO ORDERED.

Dated: New York, New York
       April 22, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE