USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/21

# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
   of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

May 25, 2021

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

**MEMO ENDORSED**

Re:   USA v. Jorgelina Abreu-Gil
    20 CR 199 (KMW)

Dear Judge Wood:

Our office represents Ms. Jorgelina Abreu-Gil.

Ms. Abreu-Gil would like to respectfully request permission to visit her mother in Rhode Island for two (2) weeks, from Saturday, May 29, 2021, to Saturday, June 12, 2021. *Granted*

U.S. Pretrial Services Officer Vincent Adams does not oppose this request.

The Government, by way of A.U.S.A. Brandon D. Harper, defers to Pretrial Services and does not object to this request, provided that Ms. Abreu-Gil continues to check-in with Pretrial Services as directed during the travel. *Granted*

Thank you for your consideration to this matter.

Respectfully submitted,

/S/
*Telesforo Del Valle Jr., Esq.*
Attorney for Jorgelina Abreu-Gil,
Defendant

**SO ORDERED:** N.Y., N.Y. 5/26/21

KIMBA M. WOOD
U.S.D.J.

Cc:   A.U.S.A. Brandon D. Harper, Esq.
      U.S. Pretrial Services Officer Vincent Adams