USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JORGELINA ABREU GIL et al,,

               Defendants.
------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a telephone conference in the above-captioned case on Monday, June 28, 2021, at 10:30 a.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818. The defendants shall join the conference, with an interpreter, by dialing 1-929-251-9612 and entering passcode 1990899292. Counsel for the defendants shall review, with their clients, the right to be present in person and be prepared to state on the record whether each defendant consents to appearing by teleconference.

    SO ORDERED.

Dated: New York, New York
       June 24, 2021

                                                  KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE