```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

                -against-

JORGELINA ABREU GIL, et al.,

                        Defendants.
--------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___6/28/21_____

20-CR-199 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendants Rodriguez and Mejia were not present at the conference held today. Counsel who appeared on Ms. Rodriguez's behalf stated at today's conference that counsel have been unable to contact Ms. Rodriguez, and requested until Wednesday, June 30, 2021 to contact her and procure her presence. Counsel who appeared on Mr. Mejia's behalf was not aware why Mr. Mejia did not appear, and requested to excuse Mr. Mejia's appearance at today's conference. The Court granted both requests.

A conference for defendants Rodriguez and Mejia shall take place at 9:00 a.m. on Wednesday, June 30, 2021. Defendant Felix will also appear at that time and date. At that conference, counsel may raise any issue, including whether or not the next conference shall take place at 1:00 p.m. on September 1, 2021, at which conference counsel should be prepared to state what, if any motions they expect to file. To join the June 30, 2021 conference, counsel should dial 1-888-363-4749 and enter access code 1613818.

At today's conference, the Court excluded time from today through September 1, 2021 from the Speedy Trial clock, given defense counsels' need to review discovery and consider what, if any, motions to file, which outweigh the interests of defendants and the public in a

speedy trial.

SO ORDERED.

Dated: New York, New York
June 28, 2021

/s/ *Kimba M. Wood*
KIMBA M. WOOD
United States District Judge