# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/21

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

———

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
of counsel

Email: tdvesq@aol.com
Fax. (212)481-4853

Leticia Silva
Legal Assistant

July 14, 2021

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
-Via ECF-

**MEMO ENDORSED**

Re:   USA v. Jorgelina Abreu-Gil,
       20 CR 199 (KMW)

Dear Judge Wood:

Our office represents Ms. Jorgelina Abreu-Gil, who is out on Bail Conditions that include supervision by U.S. Pretrial Services.

Ms. Abreu-Gil would like to respectfully request permission to visit her mother in Rhode Island from July 16, 2021 to July 30, 2021.  ] Granted

The Government, by way of A.U.S.A. Brandon Harper, defers to the position of U.S. Pretrial Services.

U.S. Pretrial Services Officer Vincent Adams does not oppose this request provided that Ms. Abreu-Gil continues to check-in with Pretrial Services as directed during the travel.  ] Granted

Thank you for your consideration to this matter.

Respectfully submitted,

/S/Telesforo Del Valle Jr.
Del Valle & Associates

Cc: A.U.S.A. Brandon Harper, Esq.
U.S. Pretrial Services Officer Vincent Adams

Kimba M. Wood   7/15/21
SO ORDERED