UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

JORGELINA ABREU GIL, et al,

                 Defendants.
-----------------------------------------------------------------x

ORDER
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

The teleconference in the above-captioned case, currently scheduled for September 1, 2021, at 1:00 p.m., is rescheduled for 12:00 p.m., a time that the incarcerated defendants can be produced for a remote proceeding.

SO ORDERED.

Dated: New York, New York
         August 10, 2021

                              KIMBA M. WOOD
                      UNITED STATES DISTRICT JUDGE