```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

JORGELINA ABREU GIL, et al,

                      Defendants.
------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a telephone conference in the above-captioned case on Wednesday, September 1, 2021, at 12:00 p.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818. Those defendants who require Spanish interpretation shall join the conference, with an interpreter, by dialing 1-929-251-9612 and entering passcode 1990324972. Counsel for the defendants shall review, with their clients, the right to be present in person and be prepared to state on the record whether each defendant consents to appearing by teleconference.

SO ORDERED.

Dated: New York, New York
         August 26, 2021

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE