UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -against                                        **ORDER**
                                                      20 CR 199 (KMW)

JORGELINA ABREU GIL,
JULIO ALVARADO,
ZORAIDA GONZALEZ,
YESENIA RODRIGUEZ,
JOSE RIVERA,
FABIAN MORGAN,
VICTORIA PALMA BREA,
CHRISTOPHER SANTOS FELIX,
JOSE JIMINEZ HIDALGO,
FRANCISCO SALAZAR,
NELSON DIAZ,

                                     Defendants.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       Due to a conflict with the Court's calendar, the conference scheduled for February 3, 2022, is adjourned to Thursday, February 10, 2022, at 11:30 a.m.

       SO ORDERED.

Dated: New York, New York
       January 19, 2022

                                                   */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE