UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

         -against-

JORGELINA ABREU GIL,
JULIO ALVARADO,
ZORAIDA GONZALEZ,
YESENIA RODRIGUEZ,
JOSE RIVERA,
FABIAN MORGAN,
VICTORIA PALMA BREA,
FRANCISCO SALAZAR,
NELSON DIAZ,

                  Defendants.
-------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/22
```

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

       The time of the February 10, 2022, conference is changed to 10:30 a.m., so that the one incarcerated defendant can be produced for the teleconference.

       SO ORDERED.

Dated: New York, New York
       January 25, 2022

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE