UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

          -against-

JORGELINA ABREU GIL,
JULIO ALVARADO,
ZORAIDA GONZALEZ,
YESENIA RODRIGUEZ,
JOSE RIVERA,
FABIAN MORGAN,
VICTORIA PALMA BREA,
FRANCISCO SALAZAR,
NELSON DIAZ,

                            Defendants.
-----------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/22

KIMBA M. WOOD, District Judge:

The teleconference in the above-captioned matter currently scheduled for 10:30 a.m. on February 10, 2022, is moved to 12:00 p.m.

SO ORDERED.

Dated: New York, New York
       January 31, 2022

                                         /s/ Kimba M. Wood
                                         KIMBA M. WOOD
                             UNITED STATES DISTRICT JUDGE