```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-                                **ORDER**
                                       20 CR 199 (KMW)

JORGELINA ABREU GIL, et al,

                   Defendants.
------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

      The Court will hold a telephone conference in the above-captioned case on Thursday, February 10, 2022, at 12:00 p.m. To join the conference, counsel should dial 1-888-363-4749 and enter access code 1613818. Those defendants who require Spanish interpretation shall join the conference, with an interpreter, by dialing 415-527-5035 and entering access code 27619636500. Counsel for the defendants shall review, with their clients, the right to be present in person and be prepared to state on the record whether each defendant consents to appearing by teleconference.

      SO ORDERED.

Dated: New York, New York
       February 2, 2022

                                             /s/ Kimba M. Wood
                                               KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE